# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GENA SIMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 17-cv-05491-BLF<br><br>**JUDGMENT** |

This case having come before the Court on the parties' cross-motions for summary judgment, and the Court having granted in part and denied in part Plaintiff's motion and denied Defendant's cross-motion,

IT IS ORDERED AND ADJUDGED that pursuant to sentence four of 42 U.S.C. § 405(g), the denial of benefits is REVERSED and the matter is REMANDED to the Commissioner of Social Security for further administrative proceedings.

Dated: March 1, 2019

_____
BETH LABSON FREEMAN
United States District Judge